JS-6

POLSINELLI LLP
WESLEY D. HURST (SBN 127564)
whurst@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  (310) 556-1801
Facsimile:  (310) 556-1802

POLSINELLI PC
MICHAEL P. DULIN (*Pro Hac Vice*)
mdulin@polsinelli.com
1515 Wynkoop Street, Suite 600
Denver, CO  80202
Telephone:  (303) 583-8239
Facsimile:  (303) 572-7883

Attorneys for Plaintiff
FORT FELKER

MINTZ LAW GROUP
MARSHALL G. MINTZ (BAR NO. 51164)
mmintzlaw@gmail.com
12777 West Jefferson Blvd.
Building D, 3rd Floor
Playa Vista, California 90066
Telephone:  (424) 289-2634
Facsimile:  (424) 289-2637

Attorneys for Defendant
DUCOMMUN INCORPORATED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORT FELKER, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>DUCOMMUN INCORPORATED, a Delaware corporation,<br><br>                              Defendant. | Case No. 2:15-CV-07462 CAS (GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1   The Court has received the parties' Joint Stipulation for Dismissal With
2   Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3   Accordingly, it is hereby ORDERED that this action be dismissed with
4   
5   prejudice, with each party to bear their own attorney's fees and costs.
6   DATED: March 2, 2016

*Christina A. Snyder*

___
Christina A. Snyder
United States District Court Judge